**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendant. | Civ. Action No.  17-2047 |

**JOINT PROPOSED SCHEDULE**

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Homeland Security ("DHS") hereby submit for the Court's consideration the following Joint Proposed Schedule pursuant to the November 28, 2017, Minute Order.

In the FOIA Request at issue in this case, EPIC sought two categories of records (see Complaint, Dkt. No. 1, ¶ 20). Following EPIC's suit, the DHS determined that DHS's National Protection & Programs Directorate (NPPD) had potentially responsive documents.  Counsel for Defendant contacted EPIC after NPPD conducted an initial search within the date parameters agreed upon by the parties in the previous November 27, 2017 Joint Status Report and advised that approximately 4,994 pages of potentially responsive material were located during the searches. NPPD stated that given current resources it is able to process 500 pages per month and release all non-exempt information identified in the 500 pages reviewed. The parties have conferred regarding NPPD's proposed production processing schedule and have agreed to a rolling production schedule to begin on March 15, 2018, and conclude on January 15, 2019. The

parties hereby request that the Court enter an order adopting the following proposed production schedule:

- The DHS will process the 4,994 pages of potentially responsive records at a rate of 500 pages per month and release the non-exempt portions of the responsive records on a rolling production schedule.
    - The first interim production is due on March 15, 2018.  Monthly productions will be made on the fifteenth of each month thereafter, unless the fifteenth is a weekend or federal holiday, in which case the production will be made on the next business day.
    - The rolling productions will be completed on or before January 15, 2019.
- Following the final production on January 15, 2019, the parties will confer and provide the court with a status report by January 31, 2019, to identify any remaining issues in dispute.

The adoption of this schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that the Court enter the above-described schedule.

Dated: February 8, 2018 — Respectfully Submitted,

| | |
|---|---|
| MARC ROTENBERG, <br> D.C. Bar # 422825 <br> EPIC President and Executive Director <br><br> /s/ Alan Butler <br><br> ALAN BUTLER, <br> D.C. Bar # 1012128 <br> Senior Counsel <br> ELECTRONIC PRIVACY INFORMATION CENTER <br> 1718 Connecticut Avenue, N.W. <br> Suite 200 <br> Washington, D.C. 20009 <br> (202) 483-1140 (telephone) <br> (202) 483-1248 (facsimile) <br><br> *Counsel for Plaintiff* | CHAD A. READER, <br> Acting Assistant Attorney General <br><br> JESSIE K. LIU, <br> United States Attorney <br><br> MARCIA BERMAN, <br> Assistant Branch Director <br><br> /s/ Lynn Y. Lee <br> LYNN Y. LEE, <br> CA Bar # 235531 <br> Trial Attorney <br> U.S. Department of Justice <br> 20 Massachusetts Avenue, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 305-0531 <br> Fax: (202) 616-8470 <br> E-mail: lynn.lee@usdoj.gov <br><br> *Counsel for Defendant* |