**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-2047 JEB |

## <u>NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANT</u>

Please take notice of the substitution of counsel for Defendant United States Department of Homeland Security.  Marcia K. Sowles, Senior Trial Counsel, hereby enters her appearance and will substitute for Lynn Y. Lee, who hereby enters his withdrawal, as counsel for Defendant. All future orders, briefs and correspondence should be directed to Marcia K. Sowles at the address listed below.

Dated:  June 20, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU
United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ Marcia K. Sowles*
MARCIA K. SOWLES (DC Bar #369455)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 514-4960

Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

*Counsel for Defendant*