**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civ. Action No. 17-2047 |

**JOINT PROPOSED SCHEDULE**

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Homeland Security ("DHS") hereby submit the following Joint Status Report pursuant to the July 5, 2019, Minute Order.

1. The DHS Cybersecurity and Infrastructure Security Agency ("CISA"), formerly DHS National Protection and Programs Directorate ("NPPD"), has processed and released to EPIC some responsive records in this case.

2. As part of its processing, CISA referred certain documents to other DHS components as well as other federal agencies for review and direct responses.

3. As explained in prior joint reports, the parties have been working to try to narrow the issues in dispute.

4. As explained in the joint report filed on June 5, 2019 (ECF No. 15), shortly before that joint report was filed, CISA learned that a search of the current CISA Director's records was not conducted and that two other agency employees may have records responsive to the search.

Consequently, CISA initiated a search for responsive records within the records of the three employees identified.

5. At the time of the last joint report (ECF No. 16), CISA had completed the search for the files of the three employees, but it was unable to quantify the results or propose a schedule for producing potentially responsive records because it had not yet completed the technical, labor intensive steps required to convert and save the search files to the CISA's FOIA Office computer.

6. CISA has located approximately 46,330 potentially responsive documents in the supplemental search. Due to the size of the search results and a malfunction in the document-processing software, CISA has not yet been able to determine how many of these documents are responsive or provide a total page count. CISA states that given current resources it expects to be able to review and process 500 pages per month. The parties have conferred regarding CISA's proposed processing schedule and have agreed to confer and file a Joint Status Report on September 13, 2019. In that report, CISA will provide an update on its continuing efforts to filter out documents—whether because they are duplicates, outside the time frame or otherwise non-responsive—with the aim of providing a total page count of responsive documents. The parties agree to a rolling production schedule to begin on September 13, 2019.

7. In order to narrow the issues in dispute, CISA has also agreed to conduct a search for any responses to the two cited Congressional letters (NPPD001792-001973 and NPPD000760-000761) produced in earlier productions.

8. The parties agree to file quarterly status reports afterward with the understanding that they meet and confer about the status of the rolling production before each quarterly status

report and will modify the scope of the production, as necessary, to complete processing of all responsive records as expeditiously as possible.

9. The parties accordingly propose that they file a Joint Status Report on September 13, 2019.

Dated: July 26, 2019

Respectfully Submitted,

MARC ROTENBERG,
D.C. Bar # 422825
EPIC President and Executive Director

/s/Alan Butler
ALAN BUTLER,
D.C. Bar # 1012128
Senior Counsel
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Counsel for Plaintiff*

HASHIM MOOPPAN
Deputy Assistant Attorney General

MARCIA BERMAN,
Assistant Branch Director

/s/ Marcia Sowles
MARCIA SOWLES,
DC Bar # 369455
Senior Trial Counsel
U.S. Department of Justice
1100 L. Street, N.W.
Room 11028
Washington, D.C. 20530
Telephone: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

*Counsel for Defendant*