IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY**,**<br><br>　　　　　　*Defendant*. | Civ. Action No. 17-2047 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate and agree to dismissal of this action with prejudice.

Dated: December 11, 2020　　　　　　　　Respectfully submitted,

/s/Alan Butler　　　　　　　　　　　　　　JEFFREY BOSSERT CLARIK
ALAN BUTLER,　　　　　　　　　　　　　Acting Assistant Attorney General
D.C. Bar # 1012128
General Counsel　　　　　　　　　　　　　MARCIA BERMAN,
　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director
ENID ZHOU,
D.C. Bar #1632392　　　　　　　　　　　　/s/ Marcia Sowles
EPIC Counsel　　　　　　　　　　　　　　MARCIA SOWLES,
　　　　　　　　　　　　　　　　　　　　　D.C. Bar # 369455
ELECTRONIC PRIVACY　　　　　　　　　Senior Trial Counsel
INFORMATION CENTER　　　　　　　　U.S. Department of Justice
1519 New Hampshire Ave, N.W.　　　　　1100 L. Street, N.W.
Washington, D.C. 20036　　　　　　　　　Room 11028
(202) 483-1140 (telephone)　　　　　　　　Washington, D.C. 20530
(202) 483-1248 (facsimile)　　　　　　　　Telephone: (202) 514-4960
E-mail: butler@epic.org　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　E-mail: marcia.sowles@usdoj.gov

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*